CORA GOODKIN, an Infant, by SAMUEL GOODKIN, Her Guardian ad Litem, et al., Respondents, *v.* BROOKLYN AND QUEENS TRANSIT CORPORATION et al., Appellants.

(Argued October 18, 1934; decided November 20, 1934.)

*Harold L. Warner* and *George D. Yeomans* for Brooklyn and Queens Transit Corporation, appellant.

*Dix W. Noel, James B. Henney* and *Owen F. Hughes* for Michael J. O'Hara, appellant.

*J. A. Lyon* and *Benjamin C. Loder* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.   Not sitting: LEHMAN, J.